*Thursday, December 9, 1999*

# DISCIPLINARY DOCKET

99–1557.   Columbus Bar Assn. v. Saker.

Upon consideration of respondent's motion for leave to file a post-hearing brief and relator's motion to strike respondent's motion for leave to file a post-hearing brief,

IT IS ORDERED by the court that the motion for leave to file a post-hearing brief be, and hereby is, denied.

*Monday, December 13, 1999*

# MOTION DOCKET

98–2110.   Leisure v. State Farm Auto. Ins. Co.

Stark App. Nos. 1997CA00417 and 1998CA00001. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.

IT IS ORDERED by the court, *sua sponte,* that oral argument scheduled for December 14, 1999, be continued until further order of the court.

98–2481.   Leisure v. State Farm Auto. Ins. Co.

Stark App. Nos. 1997CA00420 and 1997CA00445. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.

IT IS ORDERED by the court, *sua sponte,* that oral argument scheduled for December 14, 1999, be continued until further order of the court.

99–764.   State v. Worthy.

Portage App. No. 97–P–0059. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. Upon consideration of the motion of *amicus curiae,* Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for January 12, 2000,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant.